UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JERRY RAY MAYNARD,

    Movant,

v.                           CIVIL ACTION NO. 2:06-0954
                             CRIMINAL NO.:   2:05-0181

UNITED STATES OF AMERICA

    Respondent.

O R D E R

    The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on May 14, 2007, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

    It is, accordingly, ORDERED that the movant's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C.

§ 2255 be, and it hereby is, denied.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the United States Magistrate Judge.

DATED: October 16, 2007

John T. Copenhaver, Jr.
United States District Judge